UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

                Plaintiff,

against

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties are **ORDERED** to file a joint status report by **Tuesday, November 19, 2019**, regarding their settlement negotiations.

Dated:     New York, New York
              November 13, 2019

                                            SO ORDERED

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**