UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

               Plaintiff,

against

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

               Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties are **ORDERED** to file a joint status report by **Wednesday, November 27, 2019**, regarding their settlement negotiations.

Dated:     New York, New York
            November 20, 2019

                                       SO ORDERED

                                       _____
                                       SARAH L. CAVE
                                       **United States Magistrate Judge**