UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

                Plaintiff,

against

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties were ordered to file a joint status report by Wednesday, November 27, 2019, regarding their settlement. (ECF No. 81). The parties are **ORDERED** to file a joint status report by **Friday, December 6, 2019**, explaining their failure to comply with the Court's order.

Dated:     New York, New York
            December 2, 2019

                                        SO ORDERED

                                        SARAH L. CAVE
                                        **United States Magistrate Judge**