UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

    Plaintiff,

against

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

    Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties were ordered to file a joint status report by Tuesday, December 31, 2019, regarding their settlement. (ECF No. 84). The parties are **ORDERED** to file a joint status report by **Monday, January 6, 2020**, explaining the status of settlement discussions and the reasons for their failure to comply with the Court's order.

Dated:    New York, New York
             January 2, 2020

                                        SO ORDERED

                                        _/s/ Sarah L. Cave_
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**