UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BRAY, <br><br> Plaintiff, <br><br> against <br><br> PURPLE EAGLE ENTERTAINMENT, INC., et al., <br><br> Defendants. | CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The parties were ordered to file a joint status report by Tuesday, December 31, 2019, regarding their settlement. (ECF No. 84). Upon their failure to file a status report, their parties were ordered to explain the reasons for their failure to comply with the Court's order by Monday January 6, 2020. (ECF No. 85). The parties have again failed to comply with the Court's order and are **ORDERED** to file a letter by **close of business on Wednesday, January 8, 2020** explaining their continued disregard for the Court's orders. If the parties against fail to comply, the Court will issue an order directing the parties to appear at an in-person conference and show cause why the parties should not be held in contempt for their failure to comply with the Court's orders.

Dated:         New York, New York
                 January 7, 2020

                                           SO ORDERED

                                       _____
                                       **SARAH L. CAVE**
                                       **United States Magistrate Judge**