UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BRAY, <br><br> Plaintiff, <br><br> against <br><br> PURPLE EAGLE ENTERTAINMENT, INC., et al., <br><br> Defendants. | CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The parties were ordered to finalize their settlement and file a stipulation of dismissal addressed to the Honorable George B. Daniels by February 28, 2020. They failed to file the stipulation. The parties were then ordered to file a joint letter by March 6, 2020 explaining their failure to comply with the Court's Order but have failed to file a letter. The parties are ORDERED to file a joint letter explaining their continued failure to comply with the Court's orders by **Tuesday, March 10, 2020**. A third failure will result in an in-person conference.

Dated: New York, New York
March 9, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**