UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

              Plaintiff,

against

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

              Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties were ordered to finalize their settlement and file a stipulation of dismissal addressed to the Honorable George B. Daniels by March 16, 2020. They failed to file the stipulation. The parties are ORDERED to file a joint letter explaining their continued failure to comply with the Court's orders by **Tuesday, April 7, 2020**.

Dated:      New York, New York
              March 17, 2020

                                      SO ORDERED

                                      _/s/ Sarah L. Cave_
                                      SARAH L. CAVE
                                      **United States Magistrate Judge**