UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

                Plaintiff,

against

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court held a Settlement Conference today, May 14, 2020. By **Thursday, May 28, 2020**, the parties are directed to either:

1. file a joint letter on the docket stating that they have finalized their agreement and do not need a conference, or that they request more time to continue their drafting negotiations; or

2. if there are provisions of the settlement agreement that remain in dispute, each side must submit separate letters to Chambers at cave_nysdchambers@nysd.uscourts.gov, with their respective positions on the disputed provision(s).

Dated:     New York, New York
            May 14, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**