UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

          Plaintiff,

-v-

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

          Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court held a Telephone Conference today, December 15, 2020. Defendants shall submit a Status Report by **Wednesday, December 23, 2020** further responding to Plaintiff's Letter at ECF No. 119 and concerning the status of the estate.

Dated:    New York, New York
            December 15, 2020

SO ORDERED

_____
**SARAH L. CAVE**
United States Magistrate Judge