UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

                Plaintiff,

  -v-

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

ORDER

**SARAH L. CAVE**, United States Magistrate Judge.

Following the December 15, 2020 Telephone Conference, Defendants were ordered to submit a Status Report by December 23, 2020 further responding to Plaintiff's Letter at ECF No. 119 and concerning the status of the estate. Defendants have not complied, nor have Defendants applied for an extension of time to comply. By **Friday, January 8, 2021**, Defendants shall file the Status Report. The Court requests that Plaintiff promptly contact Defendants' counsel to ensure receipt of this order.

Dated:       New York, New York
              December 28, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**