

66-85 73 Place, Middle Village, New York 11379

Telephone: (347) 528-7099   Fax: (347) 813-4985

January 5, 2021

**VIA ECF – ELECTRONIC COURT FILING**
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**RE:**   *David Bray v. Purple Eagle Entertainment, Inc. and Richard Mgrdechian*
Case No. 1:18-cv-5205

Dear Hon. Sarah L. Cave,

Please be advised I am the attorney of record for the Defendants. We respectfully request a 60 day stay of court proceedings while we figure out what is occurring with the Estate. I am not aware of any Estate proceedings at this moment in time, but I will be communicating with the family to see what their intentions are. I am currently not retained by the Estate.

Sincerely,

*/s/ Elio Forcina*

Elio Forcina, Esq.

---

Defendants' letter requesting a 60-day stay of this action (ECF No. 126) is GRANTED, and this action is STAYED until **Friday, March 5, 2021**.

The parties are ORDERED to submit a joint Status Report on **Monday, March 8, 2021**, and a Telephone Status Conference is scheduled for **Wednesday, March 10, 2021 at 2:00 pm** on the Court's conference line. The parties are directed to call (866) 390-1828; access code: 380-9799, at the scheduled time.

SO-ORDERED 1/7/21

SARAH L. CAVE
United States Magistrate Judge