UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

               Plaintiff,

-v-

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

               Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On January 7, 2021, the Court granted Defendants' letter requesting a sixty-day stay of this action and ordered the parties to submit a joint status report by March 8, 2021, (ECF No. 127) in advance of the conference scheduled for Wednesday, March 10, 2021 at 2:00 pm. The parties have not done so. Accordingly, the parties shall file their status report no later than 5:00 pm tomorrow, March 10, 2021, and the March 10, 2021 status conference is ADJOURNED until **Thursday, March 11, 2021 at 2:00 pm** on the Court's conference line. The parties are directed to call (866) 390-1828; access code 380-9799, at the scheduled time.

Dated:     New York, New York
            March 9, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**