UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

                Plaintiff,

  -v-

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On March 10, 2021, counsel for Defendants emailed the Court (copying Plaintiff's counsel) a status report requesting a two-week extension "to try and resolve this matter" (the "Status Report"). Defendants explained that technical difficulties prevented filing the Status Report via ECF. The Court responded by email granting the application and directed that the Status Report be filed on ECF "as soon as possible." Two days later the Court again emailed the parties directing that the status report be filed on ECF "by 5:00 pm today." Defendants did not comply.

Accordingly, the parties shall file a joint status report by no later than **Thursday, April 22, 2021**. A Telephone Status Conference is scheduled for **Wednesday, April 28, 2021 at 10:00 am** on the Court's conference line. The parties are directed to call (866) 390-1828; access code 380-9799, at the scheduled time.

Dated:     New York, New York
            April 15, 2021

                                    SO ORDERED

                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**