UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

    Plaintiff,

-v-

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

    Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Telephone Status Conference held today, April 28, 2021, the Court orders as follows:

1. By **Wednesday, May 12, 2021**, Defendants shall file a Notice of Suggestion of Death pertaining to Defendant-Counterclaimant Richard Mgrdechian. Although Plaintiff apprised the Court on November 5, 2020 that "Defendant Richard Mgrdechian died on or about August 7th, 2020, in New York," (ECF No. 117), a Notice of Suggestion of Death has not been filed in this action.

2. By **Wednesday, May 12, 2021**, Defendants' attorney Elio Forcina shall file a Motion to Withdraw in accordance with Local Rule 1.4 of the Southern and Eastern Districts of New York. Local Rule 1.4 provides:

   > An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien. All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

3. The Stay of this action, which the Court entered to enable Mr. Forcina to determine the status of Mr. Mgrdechian's estate, if any (see ECF Nos. 126–27), is TERMINATED. The Clerk of Court is respectfully directed to remove this matter's stay designation.

Dated: New York, New York
April 28, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**