UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

              Plaintiff,

-v-

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

              Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE**, United States Magistrate Judge.

On May 24, 2021, the Court granted attorney Elio Forcina's Motion to Withdraw as Attorney for Defendants Purple Eagle Entertainment, Inc. ("Purple Eagle") and Richard Mgrdechian ("Mgrdechian") (the "May 24 Order"). (ECF No. 138). The Court required in the May 24 Order that by "June 23, 2021, counsel for [] Purple Eagle [] and [] Mgrdechian, or his estate, shall file a notice of appearance." (Id.) The Court warned that "[f]ailure to respond to this Court Order may lead to entry of a certificate of default and a default judgment." (Id.)

Neither Purple Eagle nor Mgrdechian have appeared by counsel. Accordingly, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Tuesday, July 13, 2021**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable George B. Daniels, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Tuesday, July 27, 2021**.

Dated:      New York, New York
              July 6, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**