

January 31, 2022

Honorable Sarah L. Cave,
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Plaintiff's letter-motion for an extension of the deadline to file its motion for default judgment (ECF No. 146) is GRANTED, and the deadline is EXTENDED to **Monday, February 14, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 146.
>
> SO ORDERED 2/1/2022
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

    Re:    *Bray v. Purple Eagle Entertainment, Inc.*, Case No. 1:18-cv-05205-GBD

Dear Magistrate Cave:

    I represent the Plaintiff in the above referenced matter and am writing to respectfully request a two-week extension of time to refile the motion for a default judgment in this matter to February 14, 2022.

    Plaintiff has received several documents in response to the subpoenas and is going through them to properly brief the issue for the court. However, scheduling conflicts have delayed our ability to properly go through everything to provide the court with a complete submission. For this reason, we respectfully request additional time to complete our motion for default judgment.

    No previous request for extensions of time in this application have been made.

                               Respectfully submitted,

                               Timothy C. Parlatore, Esq.

Licensed to Practice by the States of New York and New Jersey
U.S. District Courts in New York, New Jersey, Connecticut, Pennsylvania, Texas, and the District of Columbia

Parlatore Law Group is a nationwide cloud-based law firm. Please send all correspondence electronically.
In the event that physical mail is required please use the central mailing address below.

www.parlatorelawgroup.com    One World Trade Center, Suite 8500, New York, NY 10007