> Plaintiff's letter-motion requesting an extension of the deadline to file its default judgment motion (ECF No. 149) is GRANTED, and the deadline is EXTENDED to **March 2, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 148 and 149.
>
> SO ORDERED 2/15/2022
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

February 14, 2022

Honorable Sarah L. Cave,
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York. New York 10007

    Re:    *Bray v. Purple Eagle Entertainment, Inc.*, Case No. 1:18-cv-05205-GBD

Dear Magistrate Cave:

    I represent the Plaintiff in the above referenced matter and am writing to respectfully request a two-week extension of time to refile the motion for a default judgment in this matter to February 28, 2022.

    The reason for this request is scheduling and personnel related. The attorney who was primarily assisting me in this case has accepted new employment and I will need additional time to complete the application.

    One previous request for extensions of time in this application have been made and was granted.

    Respectfully submitted,

    Timothy C. Parlatore, Esq.