UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

                Plaintiff,

-v-

PURPLE EAGLE ENTERTAINMENT, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On October 4, 2022, the Court noted Plaintiff's failure to file any documents moving for default judgment, request Certificates of Default, or otherwise communicate with the Court. (ECF No. 152 at 2). Accordingly, the Court concluded, "if Plaintiff seeks to pursue default remedies in this case, Plaintiff shall . . . file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable George B. Daniels, Federal Rule of Civil Procedure 55, and S.D.N.Y. Local Rule 55 by no later than **Thursday, November 3, 2022**." (Id.) To date, Plaintiff has failed to file the motion for default judgment (the "Motion").

Accordingly, Plaintiff shall file the Motion by **Monday, November 14, 2022**. Plaintiff is warned that failure to submit the Motion constitutes noncompliance with a Court Order, and may result in the dismissal of this matter for failure to prosecute. See Fed. R. Civ. P. 37, 41.

Dated:    New York, New York
             November 4, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**