UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BRAY,<br><br>                        Plaintiff,<br><br>  -v-<br><br>PURPLE EAGLE ENTERTAINMENT, INC., et al.,<br><br>                        Defendants. | CIVIL ACTION NO.: 18 Civ. 5205 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

By no later than **Tuesday, November 22, 2022**, Plaintiff shall file proof of service of the Notice of Motion for Judgment by Default (ECF No. 159), the Declaration in Support of Judgment by Default (ECF No. 160), their corresponding exhibits (ECF Nos. 159-1; 160-1), and **this Order** on the Defendants.

Dated:     New York, New York         SO ORDERED.
              November 15, 2022

_____
SARAH L. CAVE
**United States Magistrate Judge**