UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DAVID BRAY,

                Plaintiff,

   -against-

PURPLE EAGLE ENTERTAINMENT, INC.,
and RICHARD MGRDECHIAN,

              Defendants.
------------------------------------- x

ORDER

18 Civ. 5205 (GBD) (SLC)

GEORGE B. DANIELS, District Judge:

This action was commenced by the filing of a Complaint and Summons on June 10 and 11, 2018, (ECF Nos. 1, 6–7), and continued with the filing of the First Amended Complaint on August 8, 2018, (ECF No. 19), and the Second Amended Complaint on March 21, 2019, (ECF No. 51). Defendants Purple Eagle Entertainment, Inc. and Richard Mgrdechian answered the Second Amended Complaint on September 5, 2019, (ECF No. 73), but thereafter failed to defend this action. This Court's Order of Reference to a Magistrate Judge for general pretrial supervision, (ECF No. 16), is therefore hereby withdrawn, and it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff David Bray have judgment against the aforementioned Defendants.

This matter is referred to Magistrate Judge Sarah L. Cave for an inquest on damages, prejudgment interest, costs, and attorneys' fees.

The Clerk of Court is directed to close the open motion at ECF No. 159.

Dated: March 21, 2023
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge