UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BRAY,<br><br>       Plaintiff,<br><br>-v-<br><br>PURPLE EAGLE ENTERTAINMENT, INC. and RICHARD MGRDECHIAN,<br><br>       Defendants. | CIVIL ACTION NO. 18 Civ. 5205 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

On January 3, 2024, the Court issued a Report and Recommendation concerning Plaintiff's damages. (ECF No. 167 (the "R&R")). By January 8, 2024, Plaintiff was required to serve the R&R on Defendants and file proof of service. (Id. at 25). Plaintiff has not done so. As a one-time courtesy, the Court sua sponte extends to **January 11, 2024** Plaintiff's deadline to do so.

Dated:  New York, New York
     January 9, 2024

                   SO ORDERED.

                   **SARAH L. CAVE**
                   **United States Magistrate Judge**