UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

                Plaintiff,

-v-                                        CIVIL ACTION NO. 18 Civ. 5205 (GBD) (SLC)

PURPLE EAGLE ENTERTAINMENT, INC. and      **ORDER**
RICHARD MGRDECHIAN,

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On January 3, 2024, the Court issued a Report and Recommendation concerning Plaintiff's damages. (ECF No. 167 (the "R&R")). By January 8, 2024, Plaintiff was required to serve the R&R on Defendants and file proof of service. (Id. at 25). On January 9, 2024, Plaintiff having failed to do so, the Court <u>sua sponte</u> extended his deadline to do so to January 11, 2024. (ECF No. 168). On January 10, 2024, Plaintiff filed an Affidavit of Service indicating that the R&R was served on Defendant Purple Eagle Entertainment, Inc. via the Secretary of State on January 9, 2024. (ECF No. 169). The docket does not reflect that Plaintiff has served the R&R on Defendant Richard Mgrdechian, now deceased (<u>see</u> ECF No. 136), or on his estate. The Court <u>sua sponte</u> extends to **January 16, 2024** Plaintiff's deadline to do so and file proof of service.

Dated:     New York, New York
             January 12, 2024

                                                        SO ORDERED.

                                                        */s/ Sarah L. Cave*
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**