UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRAY,

                Plaintiff,

  -v-                                               CIVIL ACTION NO. 18 Civ. 5205 (GBD) (SLC)

PURPLE EAGLE ENTERTAINMENT, INC. and
RICHARD MGRDECHIAN,                        **ORDER**

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

The Court notes that, despite two <u>sua sponte</u> extensions of time and thrice being ordered to serve the Court's Report and Recommendation (ECF No. 167) on Defendant Richard Mgrdechian and/or his estate (ECF Nos. 167 at 25; 168; 170), Plaintiff has not done so, requested an extension of time to do so, or otherwise explained his failure to comply with the Court's Orders.

Dated:      New York, New York
               January 17, 2024

                                                        SO ORDERED.

                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**