UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID BRAY,

                Plaintiff,                          18 **CIVIL** 5205 (GBD)(SLC )

      -against-                              **JUDGMENT**

PURPLE EAGLE ENTERTAINMENT, INC. and
RICHARD MGRDECHIAN,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated September 10, 2024, the Court adopts the Report & Recommendation with a modification to the amount of damages. Plaintiff's accounting, unjust enrichment, and constructive trust claims are DISMISSED with prejudice. Plaintiff is hereby declared the owner of copyrights in recordings of" Amazing America" (CR Registration# PA 2-139-608), "Soldier's Christmas" (CR Registration# PAu 3-380-536), "The Marine's Hymn" (CR Registration# 2-139-600), and "God Bless America" (CR Registration # PA 2-139-604). Plaintiff is awarded the following: 1. Actual damages for copyright infringement under the Copyright Act in the amount of $15,779.48; 2. Post-judgment interest pursuant to 28 U.S.C. § 1961; 3. Costs in the amount of $400.00. Accordingly, the case is closed.

**Dated:**  New York, New York
           September 11, 2024

                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                **BY:**
                                              **Deputy Clerk**